IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VICTORIA L. HAYNES PLAINTIFF

v. Case No. 6:26-cv-06111

BENTON NED BASS,
BRIAN J. REIS, and
MICHELLE STRAUSS DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Upon preservice screening pursuant to 28 U.S.C. § 1915(e)(2), Judge Singleton recommended that Plaintiff's Complaint (ECF No. 2) be dismissed with prejudice for failing to state a claim on which relief may be granted. Judge Singleton reasoned that the domestic relations exception and the Rooker-Feldman doctrine divest the federal courts of jurisdiction. See Wallace v. Wallace, 736 F.3d 764, 766 (8th Cir. 2013); see also Exxon Mobil Corp. v. Saudi Basic Ind. Corp., 544 U.S. 280, 284 (2005). Additionally, even if the Court could properly exercise jurisdiction, Judge Singleton provided it should abstain from hearing challenges to pending state actions involving important state interests. See Middlesex Cnty. Ethics Comm. v. Garden State Bar Ass'n, 457 U.S. 423, 432 (1982).

Plaintiff filed a timely objection to the R&R. ECF No. 12. However, even giving the objection a liberal construction, Plaintiff has not put forth a specific objection to Judge Singleton's reasoning. See United States v. Sellner, 773 F.3d 927, 932 (8th Cir. 2014) (noting that pro se filings must be liberally construed). Instead, Plaintiff primarily reiterates the allegations of the

complaint and does not address the barriers identified by Judge Singleton. Thus, the Court need only review the R&R for clear error. See Thompson v. Nix, 897 F.2d 356, 357-58 (8th Cir. 1990) (noting that an objection to a magistrate's R&R must be timely and specific to require a de novo review of the R&R).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 10) in its entirety. Accordingly, Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITH PREJUDICE**. As a result, Plaintiff's Motion for Service (ECF No. 4), Motion to Stay Execution of Arrest Order (ECF No. 6), and Motion to Transfer Case (ECF No. 7) are hereby **DENIED as MOOT**.

**IT IS SO ORDERED**, this 21st day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge